# United States District Court

AUG 29 2000

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

## CRIMINAL COMPLAINT

KIMBERLY S. CRESPI

CASE NUMBER: $00 - 4211 - BSS$

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 28, 2000, in Broward County, in the

_____Southern_____ District of _____Florida_____ defendant did,

knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine,

in violation of Title 21, United States Code, Section 952(a).
I further state that I am a(n) U.S. Customs Service Special Agent and that this complaint is based on the following
Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Edwin Flood
Special Agent, U.S. Customs

Sworn to before me, and subscribed in my presence,

August 29, 2000
Date

at Fort Lauderdale, Florida
City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

I, Edwin Flood, being duly sworn, do hereby depose and state the following:

1.  I am currently employed as a Special Agent with the United States Customs Service ("Customs"), United States Department of the Treasury, Ft. Lauderdale, Florida, and have been so employed since November, 1986. From 1977 to 1986, I was employed as a Special Agent with the Bureau of Alcohol, Tobacco & Firearms. I am presently assigned to RAIC/FL, HIDTA (High Intensity Drug Trafficking Area), Group-III, which is continuously involved in the investigation of drug trafficking and money laundering. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 18, 19, 21, 22, 31, and various other federal statutes. The following information is based upon personal knowledge and that of my fellow Special Agents, Customs Inspectors and/or other law enforcement officers. Because this affidavit is for the purpose of establishing probable cause for the issuance of a complaint, I have included only those facts necessary to establish such probable cause, not each and every fact known to me.

2.  On August 28, 2000, Customs Inspectors at Fort Lauderdale, Florida, conducted an inbound inspection of passengers arriving into the United States at Fort Lauderdale

International Airport, in the Southern District of Florida, from Jamaica, on board Air Jamaica flight number 087.  One of the passengers inspected was Kimberly S. Crespi.

3.  After being admitted into the United States by the Immigration and Naturalization Service, Crespi was selected for secondary inspection based on her nervous demeanor. Additionally, a Customs canine trained to detect narcotics positively alerted to Crespi, indicating that she was carrying narcotics.  In response to the dog's presence, Crespi dropped her bag on the dog's head.

4.  At secondary inspection, a pat-down was authorized by the Customs supervisor, based on the dog alert and Crespi's conduct.  As the Customs inspector attempted to conduct the pat-down, Crespi resisted and attempted to elbow the inspector in the head.  The Customs inspector warned Crespi to cease this conduct and conducted the pat-down.  During the pat-down, the Customs inspector located two packages containing white powder in Crespi's exercise-type shorts.  Both packages field-tested positive for cocaine.

5.  Based upon the foregoing facts, I believe probable cause exists to assert that Crespi did knowingly and intentionally import into the United states, from a place outside thereof, a schedule II controlled substance, to wit, cocaine, in violation

of Title 21, United States Code, Section 952(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Edwin Flood, Senior Special Agent
United States Customs Service

Sworn to and subscribed before me
this _____ day of August, 2000.

Barry S. Seltzer
United States Magistrate Judge

-3-