DEFT: _Kimberly Crespi (J)#_          CASE NO: 00-4211-BSS

AUSA: _Robin Rosenbaum_ present      ATTNY: _Bob Berube_

AGENT: _____                VIOL: _21:952_

PROCEEDING: _Initial Appearance_     BOND REC: _PTD_     PD

BOND HEARING HELD — yes/no           COUNSEL APPOINTED: _____

FILED by _____

_____ BOND SET @ _____

AUG 2 9 2000

CO-SIGNATURES: _____         CLERK U.S. DIST. CT.
                                     S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS: _____

1 - advised of charges
X - sworn for counsel

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services: Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House

_____ Electronic Monitoring

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 9-1-00 | 10:00 | BSS |
| PTO/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-8-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: _8-29-00_   TIME: _11:00am_   TAPE # _00-068_  PG # _6_
                                    1110 - 1290