FILED by
AUG 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

| UNITED STATES OF AMERICA<br>Plaintiff | Case Number: CR 00-4211-BSS |
|---|---|
| V.S.<br>Kimberly S. CRESPI<br>Defendant | REPORT COMMENCING<br>CRIMINAL ACTION<br>55448-004 |

TO: Clerk's Office      Miami      (Ft. Lauderdale)      W. Palm Beach
    U.S. District Court              (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 8-28-00   1755 HRS (2:25 PM)

(2) Language Spoken: English

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen      (X) Yes      ( ) No      ( ) Unknown

(5) Date of Birth: 01-13-1968

(6) Type of Charging Document:   (Check One)
    ( ) Indictment   (✓) Complaint   To be filed/Already filed

    CASE# _____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: Southern Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES   ( ) NO

Amount of Bond: $_____ Who set Bond: _____
(7) Remarks: _____

(8) Date: 8-28-00   (9) Arresting Officer: Robert Eberd SSA
(10) Agency: U.S. CUSTOMS SERVICE   (11) PHONE: 954-921-3509
(12) Comments: Outstanding warrant possible in State of Oklahoma (W-120832078)