UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6250 CR-FERGUSON**

21 USC §952(a)
21 USC §841(a)(1)
18 USC §2

**MAGISTRATE JUDGE SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| KIMBERLY S. CRESPI, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

**KIMBERLY S. CRESPI,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

### COUNT II

On or about August 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

**KIMBERLY S. CRESPI,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

*Leonard Potts*
FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. ____2000R02398____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **KIMBERLY S. CRESPI** | **Superseding Case Information**: |

**Court Division**: (Select One)

    Miami   ___ Key West
_X_ FTL   ___ WPB ___ FTP

New Defendant(s)     Yes ___    No ___
Number of New Defendants    ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | | |
   | II | 6 to 10 days | ___ | Minor | | |
   | III | 11 to 20 days | ___ | Misdem. | | |
   | IV | 21 to 60 days | ___ | Felony | _X_ | |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. __00-4211-BSS__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __8-28-00__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No    If yes, was it pending in the Central Region? _ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? _ Yes _X_ No

                                 _____
                                 ROBIN S. ROSENBAUM
                                 ASSISTANT UNITED STATES ATTORNEY
                                 Florida Bar No. 908223

*Penalty Sheet(s) attached                                          REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

### PENALTY SHEET

Defendant Name: __Kimberly S. Crespi__    Case No.: _____

================================    ==========================================

Count #l: Importation of cocaine; 21 USC 952(a) & 18 USC 2

**Max. Penalty:** 20 years' imprisonment; $1,000,000 fine

Count # 2: Possession with intent to distribute cocaine; 21 USC 841(a)(1) & 18 USC 2

**Max. Penalty:** 20 years' imprisonment; $1,000,000 fine

Count # 3:

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.