DEFT: Kimberly Crespi (J)#    CASE NO: 00-6250-Cr-Ferguson ~~00-4211-BSS~~
AUSA: Robin Rosenbaum present    ATTNY: FPD Marty Bidwell
AGENT: ___    VIOL: ___
PROCEEDING: PTD HEARING    BOND REC: ___
BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED: ___
___ BOND SET @ ___

FILED by ___ D.C.
SEP 1 2000
CLARENCE MADDOX

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

X - sworn
X - must apologize to Customs inspector before bond is set.

Matter reset to Tuesday

Reading of indictment waived
Not Guilty plea entered
Jury trial ~~demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING:    9-5-00   11:00am   BSS ✓
PRELIM/ARRAIGN. ~~XXXXXXX~~:
STATUS CONFERENCE:    9-15-00   11:00am   SNOW

DATE: 9-1-00   TIME: 10:00am   TAPE # 00-069 PG # 3

3174-3740
00-070
1-152