

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-Ferguson

UNITED STATES OF AMERICA

vs

Kimberly Crespi

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  9-1-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | | |
|---|---|---|
| DEFENDANT: | Address: | In Custody |
| | Telephone: | |
| DEFENSE COUNSEL: | Name: | FPD |
| | Address: | |
| | Telephone: | |
| BOND SET/CONTINUED: | $ | PTD REquested |

Bond hearing held: yes_____ no  X  Bond hearing set for  9-5-00 

Dated this  1  day of  September , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-069

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services