| | |
|---|---|
| DEFT: Kimberly Crespi (J)# | CASE NO: 00-6250-CR-Ferguson |
| AUSA: Robin Rosenbaum *present* | ATTNY: FPD: Marty Bidwill *present* |
| AGENT: | VIOL: |
| PROCEEDING: Bond Hearing | BOND REC: |

BOND HEARING HELD — (yes) no     COUNSEL APPOINTED:

BOND SET @ $50,000

CO-SIGNATURES: husband

FILED by ___ D.C.
SEP 5 2000
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

△ — apologizes to Inspector Irene Rishel in open Ct.

※ must reside at Domas for 3 mos a day for 30 day + attend Anger Management Courses.
— Can leave for atty + medical appmts

NEXT COURT APPEARANCE:

| | DATE | TIME | JUDGE |
|---|---|---|---|
| INQUIRY RE COUNSEL / PTD/BOND HEARING: | 10-6-00 | 11:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 9-5-00   TIME: 11:00am   TAPE #: 00-010  PG #: 0295 - 3575   12