UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

KIMBERLY CRESPI,    :

    Defendant.    :

_____

**STATUS REPORT**

A status conference was held in this cause on September 15, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this /5th day of September, 2000.

                            _____
                            LURANA S. SNOW
                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Marty Bidwell (FTL)

