HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
SEP 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __KIMBERLY CRESPI_____ CASE NO: __00-6250-CR-FERGUSON__

AUSA __ROBIN ROSENBAUM__ /Ryan  ATTY __FPD - Sam Smargon__

*possible plea*
*disc out -*

00-049
@ 3703

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __9/15/00_____ TIME __11:00_____

16