UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY CRESPI

    Defendant.

_____ /

## NOTICE OF REASSIGNMENT

Effective this date the above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquires to this attorney at the address listed.

                                        Respectfully submitted,

                                        KATHLEEN M. WILLIAMS
                                        FEDERAL PUBLIC DEFENDER

By: _____
      Patrick M. Hunt
      Assistant Federal Public Defender
      Florida Bar No. 571962
      Attorney for Defendant
      101 N.E. Third Avenue, Suite 202
      Fort Lauderdale, Florida 33301
      (305) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that copy of the aforementioned motion was mailed on this 22 day of September, 2000, to Robin Rosenbaum, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

                                        _____
                                        Patrick M. Hunt