DEFT: Kimberly Crespi (B)　　　CASE NO: 00-6250-CR-Ferguson (s)
AUSA: Robin Rosenbaum /present　　ATTNY: FPD /Pat Hunt
AGENT: 　　　VIOL:
PROCEEDING: Status re bond /arraignment　BOND REC:
　　　　　　　on SS Indictment
BOND HEARING HELD - yes/no　　COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

OCT 6 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

△ - Mot to eliminate condition of bond that △ must live at Osma's House. △ allowed to live at home.　6195 Rock Island Rd
#112
TAMARAC, FL

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: N/A
DATE: 10-6-00　TIME: 11:00am　TAPE # 00-078 PG # 5
2608-2815

19