UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-Ferguson (s)

UNITED STATES OF AMERICA

vs

Kimberly Crespi

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 10-6-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: See Bond

Telephone: _____

DEFENSE COUNSEL: Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 6 day of October, 20 00.

CLARENCE-MADDOX, CLERK OF THE COURT,

By /s/ _____
Deputy Clerk

Tape No. 00-078

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services