OCT 6 – 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-Ferguson

UNITED STATES OF AMERICA

vs.

Kimberly Crespi

**ORDER ON BOND MOTION**

This Cause came before the Court upon motion of (defendant) (government) (Pretrial Services) to (revoke) (increase) (modify) (reduce) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

____ The motion is **DENIED**; bond remains at:_____
_X_ The motion is **GRANTED**; bond remains at: $50,000 PSB

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

____ Surrender passports and travel documents to Pretrial Services.
____ Travel restricted to SD/FL
____ Report to Pretrial Services ___ times a week/month by phone; ___ times week/month in person.
____ Submit to random urinalysis by Pretrial Services.
____ Treatment and/or counseling as deemed necessary by Pretrial Services.
____ Maintain/actively seek full-time employment.
____ Avoid contact with victims or witnesses.
____ Refrain from possessing firearm.
____ Curfew imposed _____
_X_ Other: Defendant no longer has to reside at Dismas House in Dania.

All other conditions remain as set.

DONE AND ORDERED at Ft. Lauderdale this _6_ day of October, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    Defense
    Pretrial Services
    Dismas House