UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIMBERLY CRESPI,

        Defendant.
_____/



## UNOPPOSED MOTION FOR CONTINUANCE

Defendant, Kimberly Crespi, respectfully moves for a continuance of the trial in this matter by a period of at least three weeks, from the currently scheduled trial period beginning November 6, 2000, and in support states as follows:

1. Defendant was arraigned in this matter on September 8, 2000. She was arraigned on a superseding indictment on October 6, 2000. This case is currently set for trial during the two week period beginning November 6, 2000. This is the first trial setting in this matter.

2. Counsel took over this case from another assistant in late September. Counsel has received the government's written discovery response in this case and has reviewed discovery material with Ms. Crespi. However, Ms. Crespi has recently suffered a back injury that has forced the cancellation of appointments to meet with counsel. Counsel is engaged in plea negotiations with the government, but no agreement has yet been reached. Defendant respectfully requests more time to complete investigation and preparation, and to continue with plea discussions with the government.



3.  Defendant is currently on bond, and has authorized and requested the filing of this motion.

4.  Robin Rosenbaum, the Assistant United States Attorney who is handling this case for the government, has no objection to the granting of the relief requested in this motion. However, Ms. Rosenbaum asks that this case not be set for trial during the week of November 20-24, 2000, as she has vacation plans for that week. Defendant joins in that request.

WHEREFORE, Defendant Kimberly Crespi, through undersigned counsel, respectfully requests that the trial in this cause be continued by a period of at least three weeks.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 NE 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 30th day of October, 2000 to Robin Rosenbaum, Assistant United States Attorney at 299 East Froward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt