PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



U.S.A. vs. KIMBERLY S. CRESPI              Docket No. 00-6250-CR-FERGUSON(s)

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant KIMBERLY S. CRESPI, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in Court at FT. LAUD., on SEPTEMBER 5, 2000, under the following conditions:

Report to PTS as directed, surrender any travel documents, random drug testing/treatment, no contact with victims/witnesses, no firearms, attend anger management counseling, reside at Dismas House. Dismas House condition deleted on 10/6/00.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant has been referred for counseling. Her therapist reports that the defendant displays symptoms of depression and could benefit from a psychiatric evaluation and medication review.

PRAYING THAT THE COURT WILL ORDER: "The defendant shall attend mental health counseling as deemed appropriate by Pretrial Services."

ORDER OF COURT

Considered and ordered this ____1____ day
of __December__, 20 00 and ordered filed
and made a part of the records in the above case.

Hon. Barry S. Seltzer
U.S. Magistrate Judge

Respectfully,

James T. Jamros
U.S. Pretrial Services Officer

Place: Ft. Lauderdale, FL.

Date: November 29, 2000