UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

V.  :

KIMBERLY CRESPI,  :

    Defendant,  :
_____/

**NIGHT BOX FILED**
**DEC - 8 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FT

## UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, Kimberly Crespi, through counsel, respectfully moves for the entry of an Order modifying her conditions of bond to allow her to travel outside the District from December 22, 2000, until December 27, 2000 and in support states as follows:

1. Defendant made her initial appearance on August 29, 2000, on a possession with intent to distribute cocaine indictment. She is currently free on a $50,000.00 Personal Surety Bond cosigned by her husband. Standard conditions of bond do not permit travel outside the District without prior approval.

2. Defendant would like to travel to Laurel Hill, Florida, from December 22-27, 2000. The purpose of her trip is to visit her grandmother, Willa Mears, who is very ill. The Defendant would be driving to Laurel Hill, departing on December 22, 2000, and would return on December 27, 2000. While in Laurel Hill the Defendant will be staying at her grandmother's home located at 8107 4th Street, Laurel Hill, FL 32567, (850) 652-4799.

3. Undersigned counsel has contacted Robin Rosenbaum, the Assistant United States Attorney handling this case for the government as well as Pretrial Services who authorized counsel to represent that they do not oppose the granting of the relief requested in this motion.

WHEREFORE, the Defendant Kimberly Crespi, through undersigned counsel respectfully requests that her bond conditions be modified to permit travel out of the District from December 22 until December 22, 2000.

        KATHLEEN WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
        Patrick M. Hunt
        Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 571962
        101 N.E. 3rd Avenue, Suite 202
        Ft. Lauderdale, Florida 33301
        (954) 356-7436
        FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 8th day of December, 2000 to Robin Rosenbaum at the United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301 and Pretrial Services at 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

_____
Patrick M. Hunt