UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIMBERLY CRESPI,

Defendant.
_____/

**NIGHT BOX FILED**

DEC 13 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## UNOPPOSED MOTION FOR CONTINUANCE

Defendant, Kimberly Crespi, respectfully moves for a continuance of the trial/plea in this matter by a period of at least thirty (30) days, and in support states as follows:

1. Defendant was arraigned in this matter on September 8, 2000. She was arraigned on a superseding indictment on October 6, 2000. This Court previously granted a motion to continue filed October 30, 2000, and reset the case for the two week period beginning December 4, 2000. At the calendar call for that trial period, counsel asked that the case be set down for a change of plea. The change of plea hearing is currently set for December 14, 2000.

2. On November 29, 2000, Pretrial Services Officer Jim Jamros sent a memorandum to United States Magistrate Judge Barry Seltzer requesting a bond modification. In the memorandum, Mr. Jamros related that Ms. Crespi's anger management counselor has noticed "symptoms of depression," and felt that Ms. Crespi would benefit from "psychiatric evaluation and medication review." (A copy of this Memorandum is attached.) Counsel advised Judge Seltzer that Defendant did not object to this modification, and the bond was so modified. Ms. Crespi has not yet met with a psychiatrist for this requested evaluation.

3. During the last few days, during the course of conversations and meetings related to the upcoming change of plea hearing, it has become apparent that Ms. Crespi might have mental health problems in addition to depression. Ms. Crespi advised counsel that she suffered a seizure on Monday, December 11, 2000, on the way home from counsel's office, and required medical attention. She believes the seizure was related to stress from this case. After consulting with Mr. Jamros, it is counsel's opinion that Ms. Crespi ought to be evaluated by a mental health professional before entering a guilty plea in this matter.

4. Pretrial Services has already arranged for Ms. Crespi to see a doctor from Compass Health Systems, but no appointment has yet been made. Mr. Jamros believes that at least a preliminary evaluation can be completed within thirty days.

5. Counsel has spoken with Robin Rosenbaum, the Assistant United States Attorney handling this matter for the government, who has authorized counsel to represent that the government has no objection to the granting of the relief requested in this motion.

6. Defendant is currently on bond, and has authorized the filing of this motion.

WHEREFORE, Defendant Kimberly Crespi, through undersigned counsel, respectfully requests that the trial/plea in this cause be continued by a period of at least thirty days to permit a mental health evaluation.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _Kvli J. Farnsworth (for)_
Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 NE 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 13th day of December, 2000 to Robin Rosenbaum, Assistant United States Attorney at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to United States Pretrial Services Officer Jim Jamros, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301

Patrick M. Hunt