UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA, :

        Plaintiff, :

v. :

KIMBERLY CRESPI, :

        Defendant. :

_____ :

FILED by _____ D.C.
DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. Of FLA FT. LAUD.

### ORDER ON DEFENDANT'S UNOPPOSED MOTION
### FOR LEAVE TO TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion For Leave To Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel to Laurel Hill, Florida departing December 22, 2000, and returning no later than December 27, 2000. While in Laurel Hill the Defendant shall reside at 8107 4th Street, Laurel Hill, Florida 32567, (850)-652-4799.

DONE AND ORDERED on this ____ day of December, 2000 at Fort Lauderdale, Florida.

UNITED STATES MAGISTRATE JUDGE

cc:    Patrick Hunt, AFPD
       Robin Rosenbaum, AUSA