UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ____ C.C
2001 APR -9 PM 3: 11
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

Case No. 00-6250-CR-FERGUSON(S)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
KIMBERLY CRESPI, )
)
Defendant. )
_____ )

## GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5, the United States files this Speedy Trial Report.

1. On August 29, 2000, the defendant made her initial appearance in the case at bar on a previously filed complaint. The indictment in this case was returned on August 31, 2000. Therefore, the speedy trial clock was triggered on August 31, 2000. 18 U.S.C. 3161(c)(1). Since that date, the government has determined that, as of April 6, 2001, fifty-four days of non-excludable time have elapsed, leaving sixteen days on the Speedy Trial Clock. 18 U.S.C. 3161(h)(1)(F). The Speedy Trial Clock is currently tolled, pending resolution of the defendant's mental status.

2. The following Speedy Trial Chart sets forth the proceedings that have occurred since August 31, 2000, resulting in excludable time under 18 U.S.C. 3161(h).

| EXCLUD-ABLE DATES | ACTIVITY | ELAPSED TIME | DAYS ELAPSED |
|---|---|---|---|
| 8/31/00 | Indictment | 9/1-9/4 | 4 days |
| 9/5/00 | Bond hearing | 9/6-9/7 | 2 days |
| 9/8/00 | Arraignment | 9/9-9/14 | 6 days |



| EXCLUD-ABLE DATES | ACTIVITY | ELAPSED TIME | DAYS ELAPSED |
|---|---|---|---|
| 9/15/00 | Status conference | 9/16-10/4 | 19 days |
| 10/5/00 | Superseding Indictment returned | 0 days | 0 days |
| 10/6/00 | Arraignment on Superseding Indictment | 10/7-10/29 | 23 days |
| 10/30/00 | Defendant's Motion for Continuance of Trial Date | 0 days | 0 days |
| 11/6/00 | Calendar call; Defendant's Motion for Continuance granted | 0 days | 0 days |
| 12/13/0 | Defendant's Motion for Continuance of Trial Date to allow for mental examination of defendant (18 U.S.C. §4241) | 0 days | 0 days |
| **TOTAL:** | | | **54 days** |

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By *Robin S. Rosenbaum*
Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3595
Fax: 954-356-7228

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by inter-office mail on April 6, 2001, to Patrick Hunt, Esq., Federal Public Defender's Office, One East Broward Boulevard, Suite 1100, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney