UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-Cr-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY CRESPI,

    Defendant.
_____/

FILED by ____ D.C.

**SEP 28 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FL. - FT. LAUD

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Trial, bearing Certificate of Service dated May 17, 2001, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The trial in this matter is hereby reset as follows:   January 7, 2002, calendar call @ 3:15 p.m.

DONE AND ORDERED on this 28TH day of Sept., 2001 at Fort Lauderdale, Florida.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record