UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,          :

    Plaintiff,          :

V.          :

KIMBERLY CRESPI,          :

    Defendant,          :
_____/

**UNOPPOSED MOTION FOR LEAVE TO TRAVEL**

    Defendant, Kimberly Crespi, through counsel, respectfully moves for the entry of an Order modifying her conditions of bond to allow her to travel outside the District from November 2, 2001, until November 8, 2001 and in support states as follows:

    1.    Defendant made her initial appearance on August 29, 2000, on a possession with intent to distribute cocaine indictment. She is currently free on a $50,000.00 Personal Surety Bond cosigned by her husband. Standard conditions of bond do not permit travel outside the District without prior approval.

    2.    Defendant would like to travel to Laurel Hill, Florida, from November 2-8, 2001. The purpose of her trip is to visit her grandmother, Willa Mears, who is very ill. The Defendant would be traveling to Laurel Hill via Greyhound bus, departing on November 2, 2001, and would return on November 8, 2001. While in Laurel Hill the Defendant will be staying at her grandmother's home located at 8107 4th Street, Laurel Hill, FL 32567, (850) 652-4799.

    3.    Undersigned counsel has contacted Jeff Kay, the Assistant United States Attorney handling this case for the government who authorized counsel to represent that the government does not oppose the granting of the relief requested in this motion.



WHEREFORE, the Defendant Kimberly Crespi, through undersigned counsel respectfully requests that her bond conditions be modified to permit travel out of the District from November 2 until November 8, 2001.

        KATHLEEN WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
      Patrick M. Hunt
       Assistant
      Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 571962
      One East Broward Blvd., Suite 1100
      Ft. Lauderdale, Florida 33301
      (954) 356-7436
      FAX 954/356-7556

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 2 day of November, 2001 to Jeff Kay at the United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301 and U.S. Pretrial Services Officer Jim Jamros at 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

_____
Patrick M. Hunt