UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,          :

      Plaintiff,                          :

v.                                 :

KIMBERLY CRESPI,                   :

      Defendant.                         :

_____    :



FILED by _____ D.C.

NOV 05 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion For Leave To Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel to Laurel Hill, Florida departing November 2, 2001, and returning no later than November 8, 2001. While in Laurel Hill the Defendant shall reside at 8107 4th Street, Laurel Hill, Florida 32567, (850)-652-4799.

DONE AND ORDERED on this 2nd day of November, 2001 at Fort Lauderdale, Florida.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Patrick Hunt, AFPD
     Jeff Kay, AUSA