UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,           :

        Plaintiff,           :

        V.           :

KIMBERLY CRESPI,           :

        Defendant,           :
_____/

**UNOPPOSED MOTION FOR LEAVE TO EXTEND TRAVEL**

Defendant, Kimberly Crespi, through counsel, respectfully moves for the entry of an Order modifying her conditions of bond to allow her to extend travel outside the District from November 2, 2001, until November 10, 2001 and in support states as follows:

1.    Defendant made her initial appearance on August 29, 2000, on a possession with intent to distribute cocaine indictment. She is currently free on a $50,000.00 Personal Surety Bond cosigned by her husband. Standard conditions of bond do not permit travel outside the District without prior approval.

2.    Defendant previously obtained permission to travel to Laurel Hill, Florida, from November 2-8, 2001. The purpose of her trip was to visit her grandmother, Willa Mears, who is very ill. The Defendant would like to extend her trip until November 10, 2001. The Defendant will be traveling back to Fort Lauderdale via Greyhound bus on November 10, 2001. While in Laurel Hill the Defendant is staying at her grandmother's home located at 8107 4th Street, Laurel Hill, FL 32567, (850) 652-4799.

3.    Undersigned counsel has contacted Jeff Kay, the Assistant United States Attorney handling this case for the government and Jim Jamros, United States Pretrial Services Office who

authorized counsel to represent that they do not oppose the granting of the relief requested in this motion.

WHEREFORE, the Defendant Kimberly Crespi, through undersigned counsel respectfully requests that her bond conditions be modified to permit travel out of the District from November 2 until November 10, 2001.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Patrick M. Hunt
Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
One East Broward Blvd., Suite 1100
Ft. Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this _ day of November, 2001 to Jeff Kay at the United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301 and U.S. Pretrial Services Officer Jim Jamros at 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

/s/ Patrick M. Hunt
Patrick M. Hunt