UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

KIMBERLY CRESPI, :

    Defendant. :

_____ :

FILED by ___ D.C.
NOV 09 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXTEND TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion For Leave To Extend Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may extend her travel in Laurel Hill, Florida to November 10, 2001. All other conditions of bond remain in full force and effect.

DONE AND ORDERED on this 9th day of November, 2001 at Fort Lauderdale, Florida.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Patrick Hunt, AFPD
Jeff Kay, AUSA
Jim Jamros, USPTS