FILED by _____ D.C.

JAN 1 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
                Plaintiff,
Vs.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6250-CR-FERGUSON

KIMBERLY CRESPI (B)
                Defendant.
_____/

## RE-NOTICE OF CRIMINAL TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed by the parties, in open

court, on January 7, 2002. The Court having considered the motion, therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **February 25, 2002, and Calendar Call**

**is scheduled for 3:15 p.m. on Tuesday, February 19, 2002** , before the Honorable Wilkie D.

Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299

East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for

both parties reasonable time necessary for effective preparation for trial outweighs any interest of the

public or the defendant in a speedy trial. The Court finds the period of delay from (1/07/02 to 3/18/02)

excludable in calculating the period within which trial must commence under the Speedy Trial Act.

See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of January 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies: Jeffrey Kay, AUSA, Patrick Hunt, AFPD