PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA


FILED by ____ D.C.
INTAKE
FEB 7 - 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

U.S.A. vs. KIMBERLY CRESPI                          Docket No. 00-6250-CR-Ferguson

Petition for Action on Conditions of Pretrial Release

    COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant KIMBERLY CRESPI, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in Court at FT. LAUD., on SEPTEMBER 5, 2000, under the following conditions:

Reside at Dismas House, no passport, no law violations, drug testing and treatment, report to PTS as directed, no contact with victims/witnesses.. Bond modified on 10/6/00 allowing defendant to be released from Dismas House. Mental health counseling imposed 12/1/00.

    Respectfully presenting petition for action of Court and for cause as follows:
    (if short insert here; if lengthy write on separate sheet and attach)

The defendant did violate the law and/or illegally possess a non-physician prescribed substance, specifically, cocaine, as evidenced by urinalysis testing conducted on 1/22/02 and confirmed by Pharmchem Labs.

PRAYING THE COURT WILL ORDER THAT THE DEFENDANT BE NOTICED TO APPEAR FOR A BOND VIOLATION HEARING PURSUANT TO 18 U.S.C. 3148 TO DETERMINE IF BOND WILL BE REVOKED.

ORDER OF COURT                                      Respectfully,

Considered and ordered this 7th day
of Feb., 2002 and ordered filed              _____
and made a part of the records in the above         James T. Jamros
case.                                               Supervisory U.S. Pretrial Services Officer

_____
Hon. Barry S. Seltzer                               Place: FT. LAUD.
U.S. Magistrate Judge
                                                    Date: February 7, 2002

