CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
FEB 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6250-CR-FERGUSON__   Date: __February 19, 2002__
Clerk: __D. McIntosh__ (Karen Gardner crossed out)   Reporter: __Patricia Sanders__
USPO: _____   Interpreter: _____

**UNITED STATES OF AMERICA vs.** __KIMBERLY CRESPI (B)__

AUSA: __Robin Rosenbaum / Jeff Kay__

Defendant(s) Counsel: __PATRICK HUNT, AFPD__

Defendant(s) Present____ Not Present____ In Custody____

Reason for hearing: **CALENDAR CALL**

Result of hearing: __Motion for Continuance granted__

Case Continued to: __3/4/02__ Time: __3:15__ P.M. __Calendar Call__