CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6250-CR-FERGUSON__   Date: __March 4, 2002__

Clerk: __Karen Gardner__   Reporter: __Kimberly Mesfun__

USPO: _____   Interpreter: _____

**UNITED STATES OF AMERICA vs.** __KIMBERLY CRESPI__

AUSA: __Jeffrey Kay__

Defendant(s) Counsel: __Patrick Hunt, AFPD__

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: **CALENDAR CALL**

Result of hearing: **BOND HAS BEEN REVOKED FOR DRUG USE; 4241 EVALUATION TO BE COMPLETED; ORDER TO FOLLOW REQUESTING EVALUATION.**

Case Continued to:_____ Time:_____ P.M. _____

