JHK:sr



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-Cr-FERGUSON
Magistrate Judge Seltzer

UNITED STATES OF AMERICA, :

        PLAINTIFF, :

v. :

KIMBERLY S. CRESPI, :

        DEFENDANT. :

_____

ORDER REGARDING COMPETENCY DETERMINATION

THIS CAUSE having come before the Court on March 4, 2002 on oral argument by both the Government and the defense:

ORDERED AND ADJUDGED that defendant appears to be incompetent to proceed. Pursuant to 18 U.S.C. §4241(d)(1), defendant is hereby committed to the custody of the Attorney General who shall hospitalize the defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future she will attain the capacity and competency to permit the trial to proceed; or the pending charges against her are disposed of according to law. The defendant is in custody at the FDC in Miami.

The Attorney General is hereby ordered to prepare and submit a written report regarding



1

the defendant's competency to the Court and to counsel for the government and defense as soon as possible. If, at the time of the report, the defendant is still incompetent, her appearance at the status conference is waived. The time for the competency determination will be excludable time under the Speedy Trial Act.

*For Administrative purposes only this case is closed for four (4) months.*

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of March, 2002.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:   Patrick Hunt, AFPD
      1 E Broward Blvd. #1100
      Ft. Lauderdale, Fl 33301

      Jeffrey H. Kay, AUSA
      Attorney General of the United States
      U.S. Marshal/Ft. Lauderdale, Fl