UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

Case No. 00-6250-CR-FERGUSON

Vs.

**KIMBERLY CRESPI**
        **Defendant(s).**
_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a **CHANGE OF PLEA** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on December 12, 2002 at 9:30 A.M.** Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 3rd day of December 2002.

KAREN GARDNER
DEPUTY CLERK

copies provided:

Robin Rosenbaum, AUSA,
Patrick Hunt, AFPD

