

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6250-CR-FERGUSON

<u>MINUTES</u> <u>CHANGE OF PLEA</u>

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KIMBERLY CRESPI

    Defendant.
_____/

    On December 12, 2002, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Patrick Hunt, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/she** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to **Count(s)** ONE (1) of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until <u>**February 14, 2003 at 11:30 a.m.**</u>

( )    and the defendant was allowed to remain on present bond until then;

( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

AUSA <u>Jeffrey Kay</u>
Reporter <u>Carleen Horenkamp</u>
Clerk <u>Karen Gardner</u>


