UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON



FILED by _____ D.C.

DEC 1 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
      Plaintiff,

v.

KIMBERLY CRESPI,
      Defendant.
_____/

## ORDER GRANTING ORE TENUS MOTION
## TO RETURN DEFENDANT TO THE FEDERAL DETENTION CENTER

This matter is before the Court on Defendant's unopposed *ore tenus* motion to be returned to the Federal Detention Center awaiting sentencing. The Court having heard argument of counsel and being otherwise fully advised, and noting the Defendant's need for daily medication and for mental health treatment and counseling which is available at the Federal Detention Center, it is hereby

ORDERED AND ADJUDGED that the Defendant's unopposed motion is **GRANTED**. Defendant shall be returned to the Federal Detention Center in Miami, Florida, no later than December 13, 2002, and shall remain there awaiting sentencing in this matter, currently set for February 14, 2003.

DONE AND ORDERED on this _12TH_ day of December, 2002 at Fort Lauderdale, Florida.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       U.S. Marshal Service

