

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KIMBERLY CRESPI,
    Defendant.
_____/

### ORDER GRANTING ORE TENUS MOTION TO RETURN DEFENDANT TO THE FEDERAL DETENTION CENTER

This matter is before the Court on Defendant's unopposed *ore tenus* motion to be returned to the Federal Detention Center awaiting sentencing. The Court having heard argument of counsel and being otherwise fully advised, and noting the Defendant's need for daily medication and for mental health treatment and counseling which is available at the Federal Detention Center, it is hereby

ORDERED AND ADJUDGED that the Defendant's unopposed motion is **GRANTED**. Defendant shall be returned to the Federal Detention Center in Miami, Florida, immediately following sentencing in this matter.

DONE AND ORDERED on this 14th day of February, 2003, at Fort Lauderdale, Florida.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       U.S. Marshal Service

