SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 14 200_
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE # 00-6250-CR-FERGUSON

DEFENDANT __KIMBERLY CRESPI__   JUDGE __WILKIE D. FERGUSON JR.,__

Deputy Clerk __Karen Gardner__   DATE __February 14, 2003__

Court Reporter __Carl Schanzleh__   USPO __Donna Wilmot__

AUSA __Jeffrey Kay__   Deft's Counsel __Patrick Hunt, AFPD.,__

COUNTS DISMISSED __II__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

(Imprisonment)   Years   Months   Counts
                         30      I, with credit for time served.

(Supervised Release)
~~Probation~~   Years   Months   Counts
                 3               I

Comments. No possession of firearms/ controlled substances while on supervised release. Follow standard conditions as well as special conditions (1) mental health (2) Search of personal property (3) substance abuse program.
Ore tenus motion to return defendant to FDC was granted.

Assessment $ __100.00__   Fine $ __∅__

Restitution /Other _____

_X_ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

**Commitment Recommendation:** __500-hr drug treatment program.__