# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

FILED by _____ D.C.
FEB 18 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FL. FT. LAUD.

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

v.

Case Number: 00-6250-CR-FERGUSON

KIMBERLY CRESPI

Counsel For Defendant: Patrick Hunt, AFPD
Counsel For The United States: Jeffrey Kay
Court Reporter: Carl Schanzleh

The defendant pleaded guilty to Count ONE (1) of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. §952(a) | IMPORTATION OF COCAINE | August 28, 2000 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) Two (2) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 01/12/1968
Deft's U.S. Marshal No.: 55448-004

Date of Imposition of Sentence:
February 14, 2003

Defendant's Mailing Address:
P.O. Box 686
Laural Hill, FL 32567

Defendant's Residence Address:
P.O. Box 686
Laural Hill, FL 32567

WILKIE D. FERGUSON, JR.
United States District Judge
February 18TH, 2003

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
DATE 2/18/03

DEFENDANT: KIMBERLY CRESPI
CASE NUMBER: 00-6250-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Thirty (30) months as to count one (1) of the two-count indictment, with credit for time served.**

The Court recommends to the Bureau of Prisons:

- That the defendant participate in the 500-hour drug treatment program while incarcerated.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __4/1/03__ to __FCC Coleman-SCP__
at __Coleman, FL__ , with a certified copy of this judgment.

_Carlyle I Holder, warden_
~~UNITED STATES MARSHAL~~

By: _Jan Perry, LIE_
~~Deputy U.S. Marshal~~