PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65206



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Huck
### CASE NO. <u>00-6250-CR-</u><s>FERGUSON</s>

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  CRESPI, Kimberly

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., United States District Judge, Southern District of Florida, Ft. Lauderdale Division

Date of Original Sentence: February 14, 2003

Original Offense:    Importation of Cocaine, in violation of Title 21, U.S.C. §952(a), a Class "B" felony.

Original Sentence:   Custody of the Bureau of Prisons for 30 months, followed by three (3) years supervised release, and pay a $100.00 special assessment fee. The following special conditions were also imposed: 1) the defendant shall participate in an approved treatment program (inpatient-outpatient) for drug and/or alcohol abuse as directed by the U.S. Probation Officer; 2) the defendant shall participate in an inpatient/outpatient mental health treatment program as directed by the U.S. Probation Officer; and 3) the defendant shall submit to a search of her person or property conducted in a reasonable manner by the U.S. Probation Officer.

Type of Supervision: Supervised Release         Date Supervision Commenced: April 15, 2004

Assistant U.S. Attorney:  to be assigned         Defense Attorney:   to be assigned

---

# PETITIONING THE COURT

[]      To issue a warrant
[X]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

1.                  **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance.  On January 26, 2005, the defendant submitted

PROB 12C                                                                    SD/FL PACTS No. 65206
(SD/FL 9/96)

a urine specimen, which tested positive for the presence of Marijuana and Cocaine as confirmed by Scientific Testing Laboratories, Inc., on February 1, 2005.

2.                      **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance.  On February 3, 2005, the defendant submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory.

3.                      **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance.  On February 8, 2005, the defendant submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory.

U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be revoked.
    []     Extended for _ years, for a total term of _ years.
    []     The conditions of supervision should be modified as follows:

                                              Respectfully submitted,

                                    by

                                              Maylen Rodriguez
                                              U.S. Probation Officer
                                              (305) 512-1812
                                              Date:   February 15, 2005

THE COURT ORDERS:

    [ ]    No Action
    [ ]    The Issuance of a Warrant
    [X]    The Issuance of a Summons
    [ ]    Submit a Request for Modifying the Conditions or Term of Supervision

                                              Signature of Judicial Officer

                                              Feb 2 3, 2005
                                              Dated