UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6250 HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KIMBERLY CRESPI,

    Defendant.

_____/

NIGHT BOX FILED
MAR 16 2005
CLARENCE MADDOX
CLERK, USDC / SD

## DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

    The Defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or



employees associated with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Shereen J. Charlick
Supervisory Assistant Federal Public Defender
Court Assigned No. A5500158
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Telephone: (305) 530-7000
FAX: (305) 536-4559
Email: shereen_charlick@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was forwarded this 15 day of March, 2005, upon United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132-2111, and to Maylen Rodriguez, United States Probation Office, 300 NE 1st Avenue, Room 315, Miami, Florida 33132.

By: _____
Shereen J. Charlick

K:\CharlickS\MAG COURT\CRESPI- MTSILENCE.wpd