UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-Huck

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY CRESPI,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Supervisory Assistant Federal Public Defender Celeste S. Higgins.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

BY: _____
    Celeste S. Higgins
    Assistant Federal Public Defender
    Florida Bar No. 909718
    150 West Flagler Street, Suite 1700
    Miami, Florida 33130
    Tel: 305-530-7000/Fax: 305-536-4559
    E-Mail: celeste_higgins@fd.org



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 25th day of March, 2005.

_____
Celeste S. Higgins

J:\Crespi, Kimberly Reg55448-004\Pleadings\Assignment_Nt.wpd

**FAX-BACK SERVICE LIST**

Celeste S. Higgins
Supervisory Assistant Federal Public Defender
Fax.: 305-536-4559


United States Attorney's Office
Fax: 305-530-7976