RSR:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. <u>00-6250-CR-HUCK</u>

UNITED STATES OF AMERICA, )
)
                  Plaintiff, )
)
vs. )
)
KIMBERLY CRESPI )
)
                  Defendants. )
_____)

**NIGHT BOX FILED**

MAR 2 8 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF REASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Matthew Menchel.

                              Respectfully submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

By: _____
      JEFFREY H. KAY
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar Number: 0208035
      500 East Broward Boulevard, Suite 700
      Fort Lauderdale, Florida 33394
      Telephone: (954) 356-7255x3593
      Facsimile: (954) 356-7336
      E-Mail: Jeffrey.Kay@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 28th day of March, 2005 to:

Shereen Charlick, AFPD
150 W. Flagler Street
Miami, Florida 33130

_____
JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY