PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65206



FILED by _____

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-HUCK

### SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: CRESPI, Kimberly

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., United States District Judge, Southern District of Florida, Ft. Lauderdale Division

Name of Reassigned Judicial Officer: The Honorable Paul C. Huck, United States District Judge, Southern District of Florida, Miami Division

Date of Original Sentence: February 14, 2003

| | |
|---|---|
| Original Offense: | Importation of Cocaine, in violation of Title 21, U.S.C. §952(a), a Class "B" felony. |
| Original Sentence: | Custody of the Bureau of Prisons for 30 months, followed by three (3) years supervised release, and pay a $100.00 special assessment fee. The following special conditions were also imposed: 1) the defendant shall participate in an approved treatment program (inpatient-outpatient) for drug and/or alcohol abuse as directed by the U.S. Probation Officer; 2) the defendant shall participate in an inpatient/outpatient mental health treatment program as directed by the U.S. Probation Officer; and 3) the defendant shall submit to a search of her person or property conducted in a reasonable manner by the U.S. Probation Officer. |

Type of Supervision: Supervised Release        Date Supervision Commenced: April 15, 2004

Assistant U.S. Attorney:                        Defense Attorney:

**Jeffrey Howard Kay**                          **Celeste Siblesz Higgins**
United States Attorney's Office                 Federal Public Defender's Office
500 E Broward Boulevard, 7th Floor              150 W Flagler Street
Fort Lauderdale, FL 33301-3002                  Miami, FL 33130-1556
954-356-7255                                    305-530-7000

## PETITIONING THE COURT

[X]   Superseding Petition



PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65206

The Probation Officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On January 26, 2005, the defendant submitted a urine specimen, which tested positive for the presence of Marijuana and Cocaine as confirmed by Scientific Testing Laboratories, Inc., on February 1, 2005. |
| 2. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On February 3, 2005, the defendant submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory, and was confirmed by Scientific Testing Laboratories, Inc., on February 12, 2005. |
| 3. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On February 8, 2005, the defendant submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory, and confirmed positive on February 16, 2005, by Scientific Testing Laboratories, Inc. |
| 4. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On February 25, 2005, the defendant submitted a urine specimen, which tested positive for the presence Cocaine as confirmed by Scientific Testing Laboratories, Inc., on March 4, 2005. |
| 5. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On March 2, 2005, the defendant submitted a urine specimen, which tested positive for the presence of Cocaine as confirmed by Scientific Testing Laboratories, Inc., on March 9, 2005. |
| 6. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On March 16, 2005 the defendant submitted a urine specimen, which tested positive for the presence of Cocaine as confirmed by Scientific Testing Laboratories, Inc., on March 23, 2005. |
| 7. | **Violation of Standard Condition,** by associating with a person engaged in criminal activity. On or about March 14, 2005, the defendant met with, a friend of her son's, Oscar Garcia, a white-hispanic male, for the purpose of obtaining and/or purchasing Cocaine. |

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65206

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.  
[]    Extended for _ years, for a total term of _ years.  
[]    The conditions of supervision should be modified as follows:

                        Respectfully submitted,

by   *[signature]*  
Maylen Rodriguez  
U.S. Probation Officer  
(305) 512-1812  
Date:   April 4, 2005

---

THE COURT ORDERS:

[X]   Accept Superseding Petition

*[signature]*  
Signature of Judicial Officer

April 18, 2005  
Dated