PROB 19a

SD/FL PACTS No. 65206

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6250-CR-HUCK

U.S.A. vs KIMBERLY CRESPI

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE<br>Ms. Kimberly Crespi | SEX<br>F | RACE<br>W | AGE<br>37 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>6995 NW 186 Street, Apt. E502,  Miami Lakes, FL 33015 | | | |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>The Honorable Wilkie D. Ferguson, Jr., United States District Judge,<br>Southern District of Florida, Ft. Lauderdale Division | DATE IMPOSED<br>February 14, 2003 |
|---|---|

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>Magistrate Judge William C. Turnoff, United States District Judge, Miami, Florida | | |
|---|---|---|
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>5/13/05 |

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for __Southern__ District of __Florida__ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

