

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  
Plaintiff  
-vs-  

CASE NUMBER: CR: 00-6250-CR-Huck

CRESPI, KIMBERLY  
Defendant  

REPORT COMMENCING CRIMINAL ACTION

55448-004  
USMS NUMBER

TO: CLERK'S OFFICE   (MIAMI)    FT. LAUDERDALE    W. PALM BEACH  
U.S. DISTRICT COURT    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 5/16/05      AM ___ PM X

(2) LANGUAGE SPOKEN: ENG

(3) OFFENSE(S) CHARGED: PROBATION VIOL

(4) DATE OF BIRTH: 1/12/68

(5) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)  
{ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED  
{ } BENCH WARRANT FOR FAILURE TO APPEAR  
{X} PROBATION VIOLATION WARRANT  
{ } PAROLE VIOLATION WARRANT  
ORINGINATING DISTRICT: S/FL

) REMARKS: ___

) DATE: ___    (8) ARRESTING OFFICER: DUSM LEE

AGENCY: USMS    (10) PHONE: 305-536-5677

) COMMENTS: ___

PROB 19a

SD/FL PACTS No. 65206

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6250-CR-HUCK</u>

U.S.A. vs KIMBERLY CRESPI

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Ms. Kimberly Crespi | F | W | 37 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 6995 NW 186 Street, Apt. E502, Miami Lakes, FL 33015 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable Wilkie D. Ferguson, Jr., United States District Judge, Southern District of Florida, Ft. Lauderdale Division | February 14, 2003 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| Magistrate Judge William C. Turnoff, United States District Judge, Miami, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 5/13/05 |

## RETURN

**Warrant received and executed.**

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| |

| NAME | (BY) | DATE |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation." or "any agent of the Alcohol Tax Unit."