NIGHT BOX
FILED

MAY 19 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KIMBERLY CRESPI,

        Defendant.
_____/

### DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer,



undersigned counsel.

> Respectfully submitted,
>
> KATHLEEN M. WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> _____
> Orlando do Campo
> Supervisory Assist. Federal Public Defender
> Florida Bar No. 156582
> 150 West Flagler Street, Suite 1700
> Miami, Florida 33130
> Tel: 305-530-7000
> Fax: 305-536-4559
> email: orlando_do_campo@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served by U.S. Mail upon Assistant United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, on this 19th day of May, 2005.

_____
Orlando do Campo

-2-