UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6250-CR-HUCK

UNITED STATES OF AMERICA,
vs.
KIMBERLY CRESPI

_____

## WAIVER OF PROBABLE CAUSE HEARING

I, KIMBERLY CRESPI, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to a probable cause hearing on the violation of supervised release.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _May 20, 2005_, my right to a probable cause hearing on the violation of supervised Release.

DATED: 5/20/05

X Kim Crespi
Defendant

_____
Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to a probable cause hearing on the violation of supervised release.

DATED this 20TH day of MAY, 2005, at MIAMI, FLORIDA, Southern District of Florida.

TAPE NO. 05D-31-550

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN