UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6250-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KIMBERLY CRESPI

        Defendant.

*Stipulated*

**DETENTION ORDER**

---

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3148. At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant __above named__ shall be detained in this case for the reasons stated on the record by the Court. The Court has found the defendant to be a risk of flight and/or a danger to the community. *With right to revisit*

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this __20TH__ day of __MAY__, __2005__.

TAPE NO. 05D- 31-550

                              UNITED STATES MAGISTRATE JUDGE
                              STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   US Probation
   U.S. Marshal