

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-HUCK

UNITED STATES OF AMERICA

vs.

KIMBERLY CRESPI,

    **Defendant.**

_____/

### NOTICE OF REASSIGNMENT

The above-captioned case has been reassigned to the Assistant United States Attorney specified below. Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                MARCOS DANIEL JIMENEZ
                UNITED STATES ATTORNEY

By: _____
                MARKENZY LAPOINTE
                Assistant United States Attorney
                Florida Bar No. 0172601
                99 Northeast 4th Street
                Miami, Florida 33132-2111
                Tel: (305) 961-9118
                Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via United States mail this 1st day of June, 2005 to:

George L. Metcalfe, Esq.
Counsel for Defendant
The commonwealth Building, Suite 101
46 Southwest First Street
Miami, Florida 33130

MARKENZY LAPOINTE
Assistant United States Attorney