UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6250-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KIMBERLY CRESPI,

    Defendant.
_____/

## NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation hearing for the above named defendant will be held on **Thursday, June 16, 2005 at 10:00 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    June 9, 2005

                                                    Genevieve McGee
                                                  Courtroom Deputy to the Honorable
                                                  Paul C. Huck

cc:    Mark LaPointe, AUSA
        Celeste Higgins, AFPD
        Maylen Davis, U.S. Probation Officer