16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: June 16, 2005  CASE NUMBER: 00-6250-CR-HUCK

DEFENDANT: KIMBERLY CRESPI  COUNSEL: Celeste Higgins, AFPD

AUSA: Mark LaPointe  PROB. OFFICER: Maylen Davis

CLERK: Genevieve McGee  CT REPORTER: Patricia Sanders

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____ @ _____
   at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _____

**SENTENCING**

___ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: 9 months BOP No Supervised Release to Follow

commenced: _____  Terminated: _____