|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA, | CASE NO: 00-6250-CR-HUCK |
| Plaintiff, | |
| vs. | |
| KIMBERLY CRESPI,<br>Reg. No. 55448-004,<br>DOB: 01/12/68 | |
| Defendant. _____/ | |



### JUDGMENT AND COMMITMENT
### UPON REVOCATION OF SUPERVISED RELEASE
### (for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on February 18, 2003 the Defendant was sentenced in the Southern District of Florida, Ft. Lauderdale Division, to a term of time of thirty (30) months imprisonment followed by a three (3) year term of supervised release. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on June 16, 2005, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated her conditions of supervised release by:

1) Unlawfully possessing or using a controlled substance. On January 26, 2005, the defendant submitted a urine specimen, which tested positive for the presence of marijuana and cocaine.

2) Unlawfully possessing or using a controlled substance. On February 3, 2005, the defendant submitted a urine specimen, which tested positive for the presence cocaine.

3) Unlawfully possessing or using a controlled substance. On February 8, 2005, the defendant submitted a urine specimen, which tested positive for the presence of cocaine.

4) Unlawfully possessing or using a controlled substance. On February 25, 2005, the defendant submitted a urine specimen, which tested positive for the presence of cocaine.

5) Unlawfully possessing or using a controlled substance. On March 2, 2005, the defendant



submitted a urine specimen, which tested positive for the presence of cocaine.

6) Unlawfully possessing or using a controlled substance. On March 16, 2005, the defendant submitted a urine specimen, which tested positive for the presence of cocaine.

7) Associating with a person engaged in criminal activity. On or about March 14, 2005, the defendant met with a friend of her son's, Oscar Garcia, for the purpose of obtaining and/or purchasing cocaine.

The Defendant voluntarily admitted to having violated her conditions of supervision. The Court having made a finding that the defendant has violated her conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked**, it being further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **nine (9) months** with no supervised release to follow.

**ORDERED AND ADJUDGED** that the defendant is remanded to the custody of the United States Marshal Service.

**DONE AND ORDERED** at Miami, Florida this ___ day of June, 2005.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Mark LaPointe, AUSA
      Celeste Higgins, AFPD
      Maylen Davis, U.S. Probation Officer
      U.S. Marshals Service (3 certified)